# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

| | | |
|---|---|---|
| PG PUBLISHING COMPANY, INC. D/B/A THE PITTSBURGH POST-GAZETTE, | : | No. 16 WAP 2015 |
| | : | |
| Appellant | : | Appeal from the Order of the Commonwealth Court entered July 9, 2015, and amended on July 10, 2015, at No. 481 MD 2014. |
| v. | : | |
| | : | |
| GOVERNOR'S OFFICE OF ADMINISTRATION AND THE PENNSYLVANIA DEPARTMENT OF EDUCATION, | : | |
| | : | |
| Appellees | : | |

## ORDER

**PER CURIAM**

    **AND NOW,** this 25th day of April, 2016, Appellant's Application for Oral Argument is **DENIED**, Amicus' Application for Oral Argument is **DENIED**, and the Order of the Commonwealth Court is hereby **AFFIRMED**.